**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Perez-Lemos

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1009 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| DAVID PEREZ-LEMOS, ) | |
| Defendant. ) | |

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                       Respectfully submitted,

Dated: April 8, 2008           */s/ Norma Aguilar*
                    **NORMA AGUILAR**
                    Federal Defenders of San Diego, Inc.
                    Attorneys for Mr. Perez-Lemos
                    Norma_Aguilar@fd.org

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 8, 2008              /s/  Norma Aguilar
                                   **NORMA AGUILAR**
                                   Federal Defenders of San Diego, Inc.
                                   225 Broadway, Suite 900
                                   San Diego, CA  92101-5030
                                   (619) 234-8467  (tel)
                                   (619) 687-2666  (fax)
                                   Email: Norma_Aguilar@fd.org