FILED

08 APR 16 PM 4:22

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 1191 DMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | Title 8, U.S.C., |
| | ) | Secs. 1324(a)(1)(A)(ii) and |
| ANGEL JOSE BERMUDEZ (1), | ) | (v)(II) - Transportation of |
| DAVID PEREZ-LEMOS (2), | ) | Illegal Aliens and Aiding and |
| | ) | Abetting |
| Defendants. | ) | |

The grand jury charges:

Count 1

On or about March 31, 2008, within the Southern District of California, defendants ANGEL JOSE BERMUDEZ and DAVID PEREZ-LEMOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carlos Del Monte-Palacios, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

//

WMC:em:San Diego
4/15/08

Count 2

On or about March 31, 2008, within the Southern District of California, defendants ANGEL JOSE BERMUDEZ and DAVID PEREZ-LEMOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Olegario Noriega-Gonzalez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about March 31, 2008, within the Southern District of California, defendants ANGEL JOSE BERMUDEZ and DAVID PEREZ-LEMOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rodrigo Angulo-Arzate, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney