```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witnesses

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                SOUTHERN DISTRICT OF CALIFORNIA

10              (Magistrate Cathy A. Bencivengo)

11  UNITED STATES OF AMERICA,    ) CASE NO. 08CR1191 DMS
                                 )          08MJ1009
12                               )
                      Plaintiff, ) NOTICE OF MOTION; MOTION FOR
13                               ) VIDEOTAPE DEPOSITION AND
    vs.                          ) SUBSEQUENT VOLUNTARY DEPORTATION
14                               ) OF MATERIAL WITNESS; MEMORANDUM
    Angel Jose BERMUDEZ (D1)     ) OF POINTS AND AUTHORITIES AND
15  David PEREZ-Lemos (D2)       ) DECLARATION OF THOMAS G.
                                 ) GILMORE IN SUPPORT THEREOF
16                               )
                                 ) DATE: April 29, 2008
17                    Defendants.) TIME: 10:30 a.m.
    _____) PLACE: Courtroom of Magistrate
18                                         Cathy A. Bencivengo
```

19      TO: UNITED STATES ATTORNEY; DEFENDANTS AND THEIR ATTORNEYS OF

20  RECORD:

21      PLEASE TAKE NOTICE that on April 29, 2008 at 10:30 a.m. or as

22  soon thereafter as the matter may be heard, material witnesses,

23  Carlos DEL MONTE-Palacios, Olegario NORIEGA-Gonzalez, and Rodrigo

24  ANGULO-Arzate, will move the Court for an Order that they be

25  subjected to a videotape deposition prior to trial and subsequent

26  voluntary deportation.

27      This motion will be based on 18 U.S.C. 3144 in that the

28  witness' testimony can be adequately secured by deposition and

1

1  further detention is not necessary to prevent a failure of justice.
2      This motion is further based on this notice of motion, the
3  memorandum of points and authorities and declaration of Thomas G.
4  Gilmore filed herewith, and as such other and further evidence as
5  may be presented at the hearing of the motion.
6                                    Respectfully submitted,
7  DATED: 4/18/2008                  /ss/Thomas G. Gilmore
                                     THOMAS G. GILMORE, Attorney for
8                                    Material Witnesses

2