```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witnesses

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  (Magistrate Cathy A. Bencivengo))

11  UNITED STATES OF AMERICA,       )  CASE NO.  08CR1191 DMS
                                    )            08MJ1009
12                    Plaintiff,    )
                                    )  DECLARATION OF THOMAS G. GILMORE
13  vs.                             )  IN SUPPORT OF MOTION FOR
                                    )  VIDEOTAPE DEPOSITION AND
14  Angel Jose BERMUDEZ (D1)        )  SUBSEQUENT VOLUNTARY DEPORTATION
    David PEREZ-Lemos (D2)          )  OF MATERIAL WITNESSES
15                                  )
                                    )  DATE: April 29, 2008
16                    Defendants.   )  TIME: 10:30 a.m.
    _____)  PLACE: Courtroom of Magistrate
17                                              Cathy A. Bencivengo
```

18      I, Thomas G. Gilmore declare:

19      I am an attorney duly licensed to practice before all the

20  courts of this State, District and Circuit, and am the attorney of

21  record for the material witnesses in the above action, Carlos DEL

22  MONTE-Palacios, Olegario NORIEGA-Gonzalez, and Rodrigo ANGULO-

23  Arzate.

24      I have personal knowledge of the facts set forth in this action

25  and could testify competently thereto if called.

26      My clients in this action have been in federal custody since

27  March 31, 2008 because they cannot locate anyone to post bond for

28  them, although efforts to obtain sureties continue.

                                    1

My clients entered the United States to find work to support family members at home in their country of origin. Each day they remain in custody is an additional hardship on themselves and their families.

Based on the above it respectfully requested that this motion be granted, that said depositions take place at the earliest possible time, and that my clients be allowed to voluntarily return home to their country of origin immediately thereafter.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct.

Executed this 18th day of April , 2008, in San Diego, California.

/ss/ Thomas G. Gilmore
THOMAS G. GILMORE, Attorney for
Material Witnesses