**NORMA A. AGUILAR**
California State Bar No. 211088
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: norma_aguilar@fd.org

Attorneys for Mr. Perez-Lemos,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1191-DMS |
| Plaintiff, | ) ) ) | DATE: MAY 12, 2008 TIME: 11:00 A.M. |
| v. | ) ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| DAVID PEREZ-LEMOS, | ) ) ) ) | (1) DISMISS THE INDICTMENT FOR GRAND JURY VIOLATION; (2) SUPPRESS EVIDENCE THAT WAS FRUIT OF ILLEGAL STOP; |
| Defendant. | ) ) ) ) ) | (3) COMPEL DISCOVERY/PRESERVE EVIDENCE; AND (4) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:     KAREN HEWITT, UNITED STATES ATTORNEY, AND
        PETER J. MAZZA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 12, 2008 at 11:00 p.m., or as soon thereafter as counsel may

be heard, defendant, David Perez-Lemos, by and through his attorney,  Norma A. Aguilar, and Federal

Defenders of San Diego, will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant, Margarita Heredia-Vargas, by and through her attorney, Norma A. Aguilar and Federal Defenders of San Diego Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1) Dismiss the Indictment for Grand Jury Violation;
2) Suppress Evidence That Was Fruit of Illegal Stop;
3) Compel Discovery/Preserve Evidence; and
4) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

/s/ Norma A. Aguilar
**NORMA A. AGUILAR**
Attorney for Mr. Perez
norma_aguilar@fd.org

Dated: April 28, 2008