UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| ) | |
| Plaintiff,         ) | Case No. 08cr01191-DMS-2 |
| ) | |
| v.         ) | |
| ) | **CERTIFICATE OF SERVICE** |
| **DAVID PEREZ-LEMOS**,         ) | |
| ) | |
| Defendant.         ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Peter Mazza, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: April 28, 2008

                                           /s/Norma A. Aguilar
                                           **NORMA A. AGUILAR**
                                           Federal Defenders
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           Email: norma_aguilar@fd.org