THOMAS G. GILMORE, ESQ.
State Bar No. 91984
LAW OFFICES OF THOMAS G. GILMORE
3232 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92103
(619) 426-4444

Attorney for Material Witnesses

FILED
2008 MAY 21 PM 2:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNH___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1191 DMS |
| | 08MJ1009 |
| Plaintiff, | |
| vs. | ORDER RELEASING MATERIAL WITNESSES |
| Angel Jose BERMUDEZ, et al, | |
| Defendants. | |

On application of Thomas G. Gilmore, attorney for the material witnesses, with agreement of all parties and their respective attorneys of record;

IT IS HEREBY ORDERED that the following named persons heretofore committed to the custody of the United States Marshal as material witness be released from custody (Depositions taken):

1. Carlos Del Monte-Palacios;
2. Olegario Noriega-Gonzalez; and

/////
/////
/////

1

1.      3. Rodrigo Angulo-Arzate.

DATED: 5/21/08

_____
UNITED STATES DISTRICT COURT JUDGE

**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**

Approved as to form:

United States Attorney

by: _____ Peter J. Mazza
    Peter Massa, Esq.
    Assistant U.S. Attorney

_____
Joseph Milchen, Esq.
Attorney for Defendant
Angel Jose Bermudez

_____
Angel Jose Bermudez
Defendant

_____
Norma A. Aguilar, Esq.
Attorney for Defendant
David Perez-Lemos

_____
David Perez-Lemos
Defendant