UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 21 P 4:14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08mj1009 |
| Plaintiff | ) | CRIMINAL NO. 08cr1191·DMS |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Angel Jose Bermudez, et al | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

**CATHY ANN BENCIVENGO**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Olegario Noriega-Gonzalez

DATED: 5/21/2008

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by

Deputy Clerk

**K. HAMMERLY**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082