MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT/ WITNESS LIST

| U.S.A. | VS | DAVID PEREZ-LEMOS (2) |
|---|---|---|

Type of Hearing: MOTION HEARING

Case Number: 08CR1191-DMS

| NO. | MARKED | REC'VD | | Pltf | Def | WITNESSES Name: |
|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | | | |
| 1 | 6/5/08 | 6/5/08 | Photo - aerial map of El Cajon area | X | | *Jorge Zuniga* |
| | | | | X | | *Canyon Sweet* |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **DEFENDANT** | | | | | | |
| MA | 6/5/08 | | Report by Zuniga | | | |
| MB | 6/5/08 | | Vehicle Pursuit Report | | | |
| MC | 6/5/08 | | Log Sheet | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |