1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

6

7

8                     UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE DANA M. SABRAW)**

11  UNITED STATES OF AMERICA,          )    CASE NO. 08CR1191-DMS
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )
                                       )    **NOTICE OF APPEARANCE**
14  DAVID PEREZ-LEMOS,                 )    **AS CO-COUNSEL**
                                       )
15              Defendant.             )
                                       )
    _____)
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-

19  counsel in the above-captioned case.

20                                          Respectfully submitted,

21

22  Dated:  July 11, 2008                    /s/ *JENNIFER L. COON*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Jennifer_Coon@fd.org
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2    Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4    Courtesy Copy to Chambers

5    Copy to Assistant U.S. Attorney via ECF NEF

6

7  Dated:  July 11, 2008                                    /s/ *JENNIFER L. COON*

                                                                   Federal Defenders of San Diego, Inc.
8                                                                  225 Broadway, Suite 900
                                                                   San Diego, CA  92101-5030
9                                                                  (619) 234-8467  (tel)
                                                                   (619) 687-2666  (fax)
10                                                                 Jennifer_Coon@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28