1  **NORMA A. AGUILAR**
California Bar No. 211088
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  email: norma_aguilar@fd.org

5  Attorney for Defendant Perez-Lemos,

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1191-DMS |
| Plaintiff, | DATE: NOVEMBER 7, 2008<br>TIME: 9:00 A.M. |
| v. | |
| DAVID PEREZ-LEMOS, | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| Defendant. | |

17  IT IS AGREED BETWEEN THE PARTIES that the sentencing hearing date for defendant, David Perez-Lemos, be continued from Friday, October 3, 2008 at 9:00 a.m. to Friday, November 7, 2008 at 9:00 a.m. Mr. Perez currently is in custody.

SO STIPULATED.

Dated: August 14, 2008        */s/ Norma A. Aguilar*
                              NORMA A. AGUILAR
                              Attorney for David Perez-Lemos,

Dated: August 14, 2008        */s/ Peter Mazza*
                              PETER MAZZA
                              Assistant United States Attorney