1  **NORMA A. AGUILAR**
   California Bar No. 211088
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  email: norma_aguilar@fd.org

5  Attorney for Defendant Perez-Lemos,

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,        )   CASE NO. 08CR1191-DMS
                                    )
12              Plaintiff,          )
    v.                              )
13                                  )
                                    )   **ORDER**
14 DAVID PEREZ-LEMOS,               )
                                    )
15              Defendant.          )
                                    )
16

17     FOR GOOD CAUSE SHOWN the sentencing hearing date for defendant, David Perez-Lemos,

18 be continued from Friday, October 3, 2008 at 9:00 a.m. to Friday, November 7, 2008 at 9:00 a.m.

19

20     SO ORDERED.

21

22 DATED: August 14, 2008

23
                                            _____
24                                          HON. DANA M. SABRAW
                                            United States District Judge
25

26

27

28